# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0883
Lower Tribunal No. 2023-CA-104

_____

GGB INDUSTRIES, INC.,

Appellant,

v.

CHELSEY BOLL MAGNUM, as Personal Representative for the ESTATE OF
GREGORY G. BOLL,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

April 22, 2025

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and WHITE, J., and COHEN, J.P., Associate Senior Judge, concur.


Jonathan B. Morton, Mallory M. Cooney, and Damely T. Perez, of K&L Gates LLP, Miami, and David R. Fine, of K&L Gates LLP, Harrisburg, Pennsylvania, Pro Hac Vice, for Appellant.

D. Keith Wickenden, Simone Marstiller, and Michael T. Traficante, of Gunster, Yoakley and Stewart P.A., Naples, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED